**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| LOTTOTRON, INC., <br><br> Plaintiff, <br><br> v. <br><br> ATHILA STATION, et al., <br><br> Defendants. | Civil Action No.: 10-4318 (JLL) <br><br> **ORDER** |

**THIS MATTER** comes before the Court by way of Plaintiff Lottotron, Inc.'s application for damages as to three defaulting defendants [Docket Entry No. 211]. This Court had referred Plaintiff's application to the Honorable Michael A. Hammer, United States Magistrate Judge, pursuant to 28 U.S.C. § 636 (b)(1)(B). Magistrate Judge Hammer filed a Report and Recommendation in connection with said application on November 16, 2012. In particular, Magistrate Judge Hammer recommended that judgment be entered against each of the defaulting defendants for damages in the following amounts:

1. iNetbet -- $4,144,224
2. Trenan -- $2,184,000
3. Winward -- $4,144,224.

To date, the Court has received no objections with respect to Magistrate Judge Hammer's Report and Recommendation, and for good cause shown,

**IT IS** on this 4th day of **December, 2012,**

**ORDERED** that the Report and Recommendation of Magistrate Judge Hammer, filed on November 16, 2012 [CM/ECF Docket Entry No. 222], is hereby **ADOPTED** as the findings of

fact and conclusions of law of this Court; and it is further

**ORDERED** that Plaintiff shall, within fifteen (15) days, submit a proposed Judgment memorializing the Court's ruling for the Court's consideration.

**IT IS SO ORDERED.**

_____
Jose L. Linares
United States District Judge